# Court of Appeals
# of the State of Georgia

ATLANTA,  July 24, 2023

*The Court of Appeals hereby passes the following order:*

**A23A1744. ANTANIAH BORDEN v. YANMIN XU.**

The magistrate court issued a dispossessory judgment in favor of Yanmin Xu and against Antaniah Borden. Borden appealed to superior court, and the superior court also ruled in Xu's favor. Borden filed a motion for new trial, which the superior court denied. Thereafter, Borden filed this direct appeal. We, however, lack jurisdiction.

"[A]ppeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003) (punctuation omitted); see also OCGA § 5-6-35 (a) (1). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Borden's failure to follow the proper procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/24/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen                              , Clerk.*